Case 3:05-cv-03195-MHP   Document 28-2   Filed 03/07/2006   Page 1 of 2

JEROME M. VARANINI, ESQ. (State Bar No. 58531)
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350 (95833)
P.O. BOX 590
SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 444-8271

Attorney for Defendants Michael Dagey, R.N.,
Elizabeth Kaiser, R.N., James Luders, M.D., Laura Rodriguez, R.N
California Forensic Medical Group, Inc.

FILED
MAR 15 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LYNDSY DUARTE,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SONOMA, a public entity, BILL COGBILL, Sheriff of Sonoma County, CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. Civ-05-03195 MHP<br><br>**ORDER EXCUSING ATTENDANCE OF DEFENDANTS MICHAEL DAGEY, R.N., ELIZABETH KAISER, R.N., JAMES LUDERS, M.D., LAURA RODRIGUEZ, R.N. AND CALIFORNIA FORENSIC MEDICAL GROUP, INC. AT EARLY NEUTRAL EVALUATION** |

The Court has reviewed the request by Defendants that Michael Dagey, R.N., Elizabeth Kaiser, R.N., James Luders, M.D., Laura Rodriguez, R.N. and California Forensic Medical Group, Inc. be excused from attending the Early Neutral Evaluation. The Court understands that the request is unopposed. This request having been reviewed and considered, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants Michael Dagey, R.N., Elizabeth Kaiser, R.N., James Luders, M.D., Laura Rodriguez, R.N. and California Forensic Medical Group, Inc. are excused from attending the Early Neutral Evaluation.

Order Excusing Appearance                    1

*[handwritten margin note:] cc: ADR_neutral, stats(NV), WDB, MHP, requesting party with direction to serve all parties*



Case 3:05-cv-03195-MHP   Document 28-2   Filed 03/07/2006   Page 2 of 2

1 | Dated: 3/15/06

United States District Court

Nandor J. Vadas
United States Magistrate Judge

Order Excusing Appearance                    2