| | |
|---|---|
| 1 | John Houston Scott   (S.B. No. 72578) |
|   | The Scott Law Firm |
| 2 | 1375 Sutter Street, Suite 222 |
|   | San Francisco, CA  94109 |
| 3 | |
|   | Telephone:  (415) 561-9600 |
| 4 | Facsimile:   (415) 561-9609 |
| 5 | Marvin Pederson     (S.B. No. 85258) |
|   | Attorney at Law |
| 6 | 815 Fifth Street, Suite 200 |
|   | Santa Rosa, CA 95404 |
| 7 | |
|   | Telephone: (707) 544-9444 |
| 8 | Facsimile: (707) 544-5829 |
| 9 | Attorneys for the Plaintiff |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY LYNDSY DUARTE, | ) | No. C-05-03195 MHP (EMC) |
| Plaintiff, | ) | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |
| vs. | ) | |
| COUNTY OF SONOMA, a public entity; BILL COGBILL, Sheriff of Sonoma County; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California corporation; MICHAEL E. DAGEY, R.N.; ELIZABETH KAISER; JAMES LUDERS, M.D.; LAURA RODRIGUEZ; and DOES 1 through 25, inclusive, Defendants. | ) | Date:  May 3, 2006 |
| | ) | Time:  3:00 p.m. |
| | ) | Place: 450 Golden Gate Avenue |
| Defendants. | ) | San Francisco, CA |

### STIPULATION

WHEREAS David A. Levy conducted the Early Neutral Evaluation in the above matter on April 13, 2006 and the parties are going to attempt a mediation with David A. Levy during the week of July 10, 2006, after the parties do more discovery and investigation;

WHEREAS plaintiff wishes to amend the complaint and will be moving the court for an order permitting an amendment of the complaint on or before May 20, 2006; and

---

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON

1  WHEREAS trial counsel for the County of Sonoma are unable to attend the presently set Case
2  Management Conference of May 3, 2006,
3  IT IS HEREBY STIPULATED by the parties through their respective counsel that we jointly
4  request the court to continue the presently scheduled Case Management Conference to a date after July
5  14, 2006.
6  Dated: April 28, 2006

*[signature]*
MARVIN PEDERSON,
Attorney for Plaintiff
ANTHONY LYNDSY DUARTE

Dated: April 28, 2006

*[signature]*
JEROME M. VARANINI
Attorney for Defendants
CFMG, DAGEY, KAISER, LUDERS and
RODRIGUEZ

Dated: April 28, 2006

*[signature]*
TERRY S. STERLING
Attorney for Defendant
COUNTY OF SONOMA

## ORDER

Upon reading and considering the above stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that the Case Management Conference presently scheduled for May 3, 2006 shall be, and it hereby is, continued to JULY 17th, 2006, at 4:00 PM in this Department located at 450 Golden Gate Avenue, San Francisco, California.

Dated:

IT IS SO ORDERED
*[signature]*
Judge Marilyn H. Patel

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON