```
 1  John Houston Scott    (S.B. No. 72578)
    The Scott Law Firm
 2  1375 Sutter Street, Suite 222
    San Francisco, CA  94109
 3
    Telephone:  (415) 561-9600
 4  Facsimile:   (415) 561-9609

 5  Marvin Pederson      (S.B. No. 85258)
    Attorney at Law
 6  1160 N. Dutton Avenue, Suite 150
    Santa Rosa, CA 95401
 7
    Telephone: (707) 544-9444
 8  Facsimile: (707) 544-5829

 9  Attorneys for the Plaintiff DUARTE
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| ANTHONY LYNDSY DUARTE,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF SONOMA, a public entity; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California corporation; JAMES LUDERS, M.D.; JOHN HIBBARD, M.D.; ELIZABETH KAISER; DOES 1 through 25, inclusive,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **No. C-05-03195 MHP (EMC)**<br><br>**[PROPOSED] ORDER GRANTING PLALINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[FRCP 15]<br><br>**Date:**<br>**Time:**<br>**Place:** |
|---|---|---|

     Upon reading and considering Plaintiff Anthony Lyndsy Duarte's Motion for Leave to File First Amended Complaint and Defendants' statements of non-opposition to the motion, the court finds that plaintiff has satisfied the requirements of Federal Rule of Civil Procedure 15 to file his [Proposed] First Amended Complaint and may do so within __30__ days of service of notice of this order.  It is so ordered.

Dated: __August 31, 2006__

_____ PATEL

Judge Marilyn H. Patel

IT IS SO ORDERED

1

[PROPOSED] ORDER GRANTING PLALINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

# Proof of Service
[C.C.P. § 1013, C.R.C. § 2008, F.R.C.P. Rule 5]

I, the undersigned, say,

1. I am a citizen of the United States. My business address is 815 Fifth Street, Santa Rosa, California 95404. I am employed in the City of Santa Rosa, County of Sonoma, where this mailing occurs. I am over the age of eighteen years and not a party to this action.

2. On the Date set forth below, I served a copy of the foregoing document described as

**[PROPOSED] ORDER GRANTING PLALINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

to the following person(s) by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Jerome M. Varanini, Esquire
Trimble Sherinian & Varanini
2500 Venture Oaks Way, #350
Sacramento, CA  95833

Terry S. Sterling, Esquire
Spaulding, McCullough & Tansil LLP
P.O. Box 1867
Santa Rosa, CA  95402

John H. Scott, Esquire
The Scott Law Firm
1375 Sutter Street, Suite 222
San Francisco, CA  94109

/XX   /(BY MAIL)  I placed each such sealed envelope, with postage thereon fully prepared for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of my firm's practice for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at Santa Rosa, California.

Dated: August 22, 2006

Lee Anne Codagnone
Legal Assistant