Gregory G. Spaulding, Esq. SBN#106606
Terry S. Sterling, Esq. SBN#106379
SPAULDING McCULLOUGH & TANSIL LLP
3550 Round Barn Boulevard, Suite 306
P.O. Box 1867
Santa Rosa, CA 95402
Telephone: (707) 524-1900
Facsimile: (707) 524-1906
Attorneys for Defendant COUNTY OF SONOMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY LYNDSY DUARTE,

Plaintiff,

vs.

COUNTY OF SONOMA, a public entity; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California corporation; JAMES LUDERS, M.D.; JOHN HIBBARD, M.D.; ELIZABETH KAISER; and DOES 1 through 25, inclusive,

Defendants.

Case No. C-05-3195 MHP (EMC)

STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING DEADLINE FOR MOTIONS FOR SUMMARY JUDGMENT

This Stipulation is entered into by and among plaintiff ANTHONY LYNDSY DUARTE and defendants COUNTY OF SONOMA, CALIFORNIA FORENSIC MEDICAL GROUP, INC., JAMES LUDERS, M.D. and ELIZABETH KAISER with reference to the following facts:

At the July 17, 2006 Case Management Conference before the Honorable Marilyn H. Patel, this Court set an October 16, 2006 deadline for the parties to file cross-motions for summary judgment, with oppositions to be filed by October 30, 2006 and a hearing date of November 13, 2006. Thereafter, this Court granted plaintiff's Motion for Leave to File First Amended Complaint. The Order granting the Motion for Leave to File First Amended Complaint was signed on August 31, 2006 and was served on the parties by email on September 5, 2006. The First Amended Complaint was filed on September 14, 2006. The First Amended Complaint includes a new party, JOHN

HIBBARD, M.D., who has not previously appeared in this action. On September 25, 2006, plaintiff's counsel mailed to defendants' counsel copies of the First Amended Complaint, with a Request for Waiver of Service of Summons. The last day to return the Waiver is October 17, 2006, and the due date for the parties' responses to the First Amended Complaint is November 27, 2006. Accordingly, by the current summary judgment deadline of October 16, 2006, the parties may not have responded to the First Amended Complaint, and JOHN HIBBARD. M.D. may not have made an appearance in this action.

In addition, the deposition of plaintiff ANTHONY LYNDSY DUARTE has not yet been completed. It was agreed that the deposition would be taken after defendants' counsel had an opportunity to obtain and review plaintiff's medical and employment records, relating to plaintiff's claimed damages. Unfortunately, plaintiff's past medical providers were not all ascertained early in this action. Also, the records that have been produced are voluminous and it has taken several months to obtain the records from plaintiff's medical providers. Because plaintiff's medical care is ongoing and has included multiple hospitalizations since this case was filed, it has also been necessary to make repeated, new requests for records. Plaintiff's deposition was commenced on October 2, 2006, but due to his physical symptoms, plaintiff cannot tolerate more than a few hours of giving deposition testimony, and it is anticipated that at least two more days of deposition will be needed. A second session is scheduled for October 5, 2006, and a third session is going to be set as soon as possible thereafter.

In light of the foregoing, the parties hereto stipulate and agree that the deadlines relating to the anticipated motions for summary judgment should be continued until after all parties have appeared, and after plaintiff's deposition has been completed and the transcripts of that deposition are available for use in connection with the motions. Accordingly,

IT IS HEREBY STIPULATED by and among the parties hereto that the deadlines relating to cross-motions for summary judgment should be continued as follows: cross motions to be filed by January 2, 2007; oppositions to be filed by January 22, 2007; and motions to be heard on February 5, 2007, or at the Court's convenience if this date is not available.

DATED: October 4, 2006

MARVIN PEDERSON
Attorney for Plaintiff ANTHONY LYNDSY DUARTE

By: /s/ Marvin Pederson
Marvin Pederson

DATED: October 4, 2006

THE SCOTT LAW OFFICES
Attorneys for Plaintiff ANTHONY LYNDSY DUARTE

By: /s/ Lizabeth N. DeVries
Lizabeth N. DeVries

DATED: October 4, 2006

TRIMBLE, SHERINIAN & VARANINI
Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., JAMES LUDERS, M.D. and ELIZABETH KAISER

By: /s/ Jerome M. Varanini
Jerome M. Varanini

DATED: October 4, 2006

SPAULDING McCULLOUGH & TANSIL LLP
Attorneys for Defendant COUNTY OF SONOMA

By: /s/ Terry S. Sterling
Terry S. Sterling

~~[PROPOSED]~~ ORDER

This Court, having read and considered the Stipulation set forth above, and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadlines relating to cross-motions for summary judgment are continued as follows: cross motions to be filed by January 2, 2007; oppositions to be filed by January 22, 2007; and motions to be heard on February 5, 2007.

DATED: 10/5, 2006

UNITED STATES DISTRICT JUDGE