```
JEROME M. VARANINI, ESQ. (State Bar No. 58531)
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350 (95833)
P.O. BOX 590
SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 444-8271

Attorney for Defendants
Elizabeth Kaiser, R.N., James Luders, M.D.,
John Hibbard, M.D. and
California Forensic Medical Group, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUARTE EMANUEL as successor-in-interest to ANTHONY LYNDSY DUARTE,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SONOMA, a public entity, BILL COGBILL, Sheriff of Sonoma County, CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>Defendants.<br>_____/ | CASE NO. Civ-05-03195 MHP<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL** |

The Court having received and accepted the stipulation by Plaintiff Manuel Duarte as Successor in Interest to ANTHONY LYNDSY DUARTE and Defendants JAMES LUDERS, M.D., JOHN HIBBARD, M.D., ELIZABETH KAISER, R.N., and the CALIFORNIA FORENSIC MEDICAL GROUP, INC., requesting a dismissal of this matter with prejudice as and between the parties to this stipulation, hereby orders this case dismissed with prejudice as to Defendants, JAMES LUDERS, M.D., JOHN HIBBARD, M.D., ELIZABETH KAISER, R.N., and the CALIFORNIA FORENSIC MEDICAL GROUP, INC., and that said dismissal shall take effect immediately.

/ / /

_____
Order of Dismissal                              1

1 | Dated: July 25, 2007

_____
HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT COURT



_____
Order of Dismissal                    2