John Houston Scott,  SBN 72578
Lizabeth N. de Vries, SBN 227215
**THE SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA  94109
Telephone:  (415) 561-9600
Facsimile:   (415) 561-9609
tposey@lawjhs.com

Marvin Pederson, SBN 85258
**ATTORNEY AT LAW**
1160 N. Dutton Avenue, Suite 150
Santa Rosa, CA 95401
Telephone: (707) 544-9444
Facsimile: (707) 544-5829
pederson@marvlaw.com

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DUARTE as SUCCESSOR IN INTEREST to his son, ANTHONY LYNDSEY DUARTE, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SONOMA, a public entity; and DOES 1 through 25, inclusive, <br><br> Defendants. | **No. C-05-03195 MHP (EMC)** <br><br> **STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES** <br><br> **[F.R.C.P. 15(c)]** |

## STIPULATION

WHEREAS, this action was originally filed on August 8, 2005.  Based on recent settlement with

defendants California Forensic Medical Group, Inc., a California Corporation, James Luders, M.D., John

1

1    Hibbard, M.D., and Elizabeth Kaiser, Plaintiff seeks to amend his complaint to remove said defendants

2    from the complaint.

3        In addition, the Plaintiff died on February 20, 2007.  The Court has granted the request of

4    Manuel Duarte to act as Successor in Interest to Anthony Duarte, deceased.

5
6        IT IS HEREBY STIPULATED that the Plaintiff may amend his complaint to add Manuel Duarte

7    as Successor in Interest to Anthony Duarte.  A copy of the proposed Second Amended Complaint is

8    attached hereto.

9

10   Dated: August 14, 2007                          THE SCOTT LAW FIRM

11

12

13                                          By_____/S/_____

14                                               John Houston Scott
                                                 Attorney for Plaintiff

15

16

17   Dated: August 10, 2007                          SPAULDING, MCCULLOUGH & TANSIL

18

19                                          By_____/S/_____

20                                               Terry Sterling
                                                 Attorney for Defendants

21

22   **IT IS SO ORDERED.**

23

24

25   DATED:  _____                     _____

26                                             UNITED STATES DISTRICT JUDGE

27

28   _____

                    STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT
                                     FOR DAMAGES AND INJUNCTIVE RELIEF