Gregory G. Spaulding, Esq. SBN#106606
Terry S. Sterling, Esq. SBN#106379
SPAULDING, McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA 95402
Telephone:   (707) 524-1900
Facsimile:    (707) 524-1906
Attorneys for Defendant COUNTY OF SONOMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DUARTE, as SUCCESSOR IN INTEREST to his son, ANTHONY LYNDSEY DUARTE,<br><br>                    Plaintiff,<br><br>     vs.<br><br>COUNTY OF SONOMA, a public entity; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California corporation; JAMES LUDERS, M.D.; JOHN HIBBARD, M.D.; ELIZABETH KAISER; and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No. C-05-3195 (MHP)<br><br>STIPULATION FOR ORDER OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL |

Plaintiff MANUEL DUARTE, as Successor in Interest to ANTHONY LYNDSY DUARTE, and defendant COUNTY OF SONOMA, by and through their attorneys of record, having agreed to a settlement of all claims relating to ANTHONY LYNDSY DUARTE's incarceration at the Sonoma County Jail, including but not limited to claims relating to COUNTY OF SONOMA's policies for inmate medical care; claims relating to ANTHONY LYNDSY DUARTE's medical care treatment at the Sonoma County Jail; and any other claims that were or could have been asserted against COUNTY OF SONOMA, hereby stipulate that this case shall be dismissed with prejudice, and that this Court shall enter an order of dismissal with prejudice to any and all claims asserted by plaintiff against defendant COUNTY OF SONOMA. This dismissal shall be of the entire action. Defendant COUNTY OF SONOMA agrees to waive any claim for costs of suit.

1

1
2  DATED: September 26, 2007

THE SCOTT LAW FIRM
Attorneys for Plaintiff MANUEL DUARTE, as
3  SUCCESSOR IN INTEREST to his son,
ANTHONY LYNDSEY DUARTE
4
5
By: /s/ John Houston Scott
6       John Houston Scott

7  DATED: September 26, 2007

MARVIN PEDERSON, ATTORNEY AT LAW
Attorney for Plaintiff MANUEL DUARTE, as
8  SUCCESSOR IN INTEREST to his son,
ANTHONY LYNDSEY DUARTE
9
10
By: /s/ Marvin Pederson
11      Marvin Pederson

12
13  DATED: September 27, 2007

SPAULDING McCULLOUGH & TANSIL LLP
Attorneys for Defendant COUNTY OF SONOMA
14
15
By: /s/ Terry S. Sterling
16      Terry S. Sterling

17
18
19
20
21
22
23
24
25
26
27
28

2

```
Gregory G. Spaulding, Esq.  SBN#106606
Terry S. Sterling, Esq.  SBN#106379
SPAULDING, McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:    (707) 524-1900
Facsimile:    (707) 524-1906
Attorneys for Defendant COUNTY OF SONOMA
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DUARTE, as SUCCESSOR IN INTEREST to his son, ANTHONY LYNDSEY DUARTE,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, a public entity; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California corporation; JAMES LUDERS, M.D.; JOHN HIBBARD, M.D.; ELIZABETH KAISER; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C-05-3195 (MHP)<br><br>[PROPOSED] ORDER OF DISMISSAL |

This Court, having received and accepted the Stipulation for Order of Dismissal between plaintiff MANUEL DUARTE, as Successor in Interest to ANTHONY LYNDSY DUARTE, and defendant COUNTY OF SONOMA, hereby makes the following order:

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice and as to all parties, said dismissal to take effect immediately.  Each party shall bear its own costs and fees..

DATED: 10/1_____, 2007          _____
                                      HONORABLE MARILYN H. PATEL
                                      UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

1

[PROPOSED] ORDER OF DISMISSAL                                      CASE NO. 05-3195 EMC